IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LOUIS MILLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:24-cv-292 |
| | ) | Judge Stephanie L. Haines |
| BLAIR COUNTY and DISTRICT | ) | Magistrate Judge Maureen P. Kelly |
| ATTORNEY OF BLAIR COUNTY, | ) | |
| | ) | |
| Respondents. | ) | |

## **MEMORANDUM ORDER**

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed *pro se* by Michael Louis Miller ("Petitioner") (ECF No. 6). Petitioner complained of irregularities and illegal actions as they pertained to convictions that occurred in the Blair County Court of Common Pleas.   This matter was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On June 15, 2026, Magistrate Judge Kelly filed a Report and Recommendation (ECF No. 10) recommending that the Petition (ECF No. 6) be dismissed as moot because Petitioner had been released from custody.   Petitioner was advised he could file objections to the Report and Recommendation by June 7, 2026. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Petitioner has not filed any objections, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 10) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of

1

Magistrate Judge Kelly in this matter. Judge Kelly correctly deemed Petitioner's Petition for Habeas Corpus moot as Petitioner was released from custody, and as such there is no remedy the Court can provide. If developments occur during the litigation that eliminate a petitioner's personal stake in the outcome of a suit or prevent a court from granting effective relief, the case must be dismissed as moot. *See Burkey v. Marberry*, 556 F.3d 142, 147-148 (3d Cir. 2009); *Keitel v. Mazurkiewicz*, 729 F.3d 278, 280 (3d Cir. 2013).

Accordingly, the following order is entered:

## **ORDER**

AND NOW, this 9th day of July, 2026, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 6) hereby is DISMISSED AS MOOT; and,

IT IS FURTHER ORDERED that Magistrate Judge Kelly's and Recommendation (ECF No. 10) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge

2